IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-108-RJC-DCK

| | |
|---|---|
| HARCO DEVELOPMENT, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GRIGGS MITCHELL & ALMA OF IL, LLC, ) <br> d/b/a GMA CONSTRUCTION GROUP, AVM ) <br> CONTRACTORS, LLC, GMA-AVM JOINT ) <br> VENTURE, ARGONAUT INSURANCE ) <br> COMPANY, and NORTH AMERICAN ) <br> SPECIALTY INSURANCE COMPANY, ) <br> ) <br> Defendants. ) <br> ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Consent Motion To Stay Pending Arbitration" (Document No. 16) filed June 20, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting agreement of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Consent Motion To Stay Pending Arbitration" (Document No. 16) is **GRANTED**. This matter is **STAYED** until otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report on **August 1, 2023**, and every **ninety (90) days** thereafter, until final resolution of the parties' arbitration.

**SO ORDERED**.

Signed: June 20, 2023

David C. Keesler
United States Magistrate Judge